THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ISIDORE COHEN, Appellant.

(Submitted January 10, 1936; decided January 28, 1936.)

*Meyer C. Solomon* for appellant.

*William Copeland Dodge, District Attorney (Ambrose J. Delehanty* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.